IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY KOPECKI, | ) | 1:06cv1245 OWW DLB |
| | ) | |
| | ) | ORDER GRANTING STIPULATION |
| | ) | TO DISMISS ACTION |
| Plaintiff, | ) | |
| | ) | (Document 16) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On July 31, 2007, the parties filed a stipulation of dismissal of this action. Accordingly, pursuant to the parties' agreement, this action is DISMISSED.

IT IS SO ORDERED.

**Dated:   September 15, 2007**              /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

1